| Fill in this Information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the Western District of Washington | |
| Case Number: 19-13349 | |
| Debtor 1: Sarah Olivia Bilderback | |
| Debtor 2: | |

FILED
Western District of Washington
at Seattle

NOV - 3 2023

GINA ZADRA WALTON, CLERK
OF THE BANKRUPTCY COURT

Local Forms W.D. Wash. Bankr. Form 12 (12/1/19)

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

**1. Claim Information**

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | 3,104.68 |
|---|---|
| Claimant's Name: | Sarah Olivia Bilderback |
| Claimant's Current Mailing Address, Telephone Number: | PO Box 1242, Seahurst, WA 98062<br>206.200.6164 |

**2. Applicant Information**

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

- [x] Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.
- [ ] Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.
- [ ] Applicant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator).
- [ ] Applicant is a representative of the deceased Claimant's estate.

**3. Supporting Documentation**

- [ ] Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

24-02
Case 19-13349-TWD    Doc 66    Filed 11/03/23    Ent. 11/06/23 12:44:57    Pg. 1 of 2

| | |
|---|---|
| **4. Notice to United States Attorney** | |
| ☒ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:<br>Office of the United States Attorney<br>Western District of Washington<br>700 Stewart Street<br>Suite 5220<br>Seattle, WA 98101-1271 | |

**5. Applicant Declaration**
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 10/31/2023

Signature of Applicant: *Sarah O. Bilderback*

Printed Name of Applicant: Sarah Bilderback

Address: 4029 S. 170th St
Seatac WA 98188

Telephone: 206.200.6464

Email: bilderback76@gmail.com

**5. Co-Applicant Declaration (if applicable)**
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: ___

Signature of Co-Applicant (if applicable): ___

Printed Name of Co-Applicant (if applicable): ___

Address: ___

Telephone: ___

Email: ___

**6. Notarization**
STATE OF WA
COUNTY OF King

This Application for Unclaimed Funds, dated 10/31/2023 was subscribed and sworn to before me this 31 day of October, 2023 by Sarah BilderBack who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to within the instrument. WITNESS my hand and official seal.

(SEAL) Notary Public _[signature]_
My commission expires: 01/24/2025

*[Notary seal: JANET LEVY, MY COMM. EXP. 01-24-..., NOTARY PUBLIC, STATE OF WASHINGTON]*

**6. Notarization**
STATE OF ___
COUNTY OF ___

This Application for Unclaimed Funds, dated ___ was subscribed and sworn to before me this ___ day of ___, 20___ by ___ who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to within the instrument. WITNESS my hand and official seal.

(SEAL) Notary Public ___
My commission expires: ___

Application for Payment of Unclaimed Funds
Local Forms W.D. Wash. Bankr. Form 12
Effective 12/1/2019

Page 2

Case 19-13349-TWD    Doc 66    Filed 11/03/23    Ent. 11/06/23 12:44:57    Pg. 2 of 2