United States Bankruptcy Court
Western District of Washington

In re:     Case No. 19-13349-TWD

Sarah Olivia Bilderback     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0981-2     User: admin     Page 1 of 1
Date Rcvd: Nov 06, 2023     Form ID: ndefuncl     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2023:**

**Recip ID**     **Recipient Name and Address**
+     Sarah O Bilderback, 4029 S 170th Street, Seatac, WA 98188-3618

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Dorothy A Bartholomew | on behalf of Debtor Sarah Olivia Bilderback assistant@findbankruptcy.com ecfnotice@gmail.com;ecfnotices.bartho@gmail.com;bartholomewdr46262@notify.bestcase.com;4534036420@filings.docketbird.com |
| Jason Wilson-Aguilar | courtmail@seattlech13.com |
| United States Trustee | USTPRegion18.SE.ECF@usdoj.gov |

TOTAL: 3

Form ndefuncl 11/2019)

# UNITED STATES BANKRUPTCY COURT

Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

---

In Re: Sarah Olivia Bilderback          Case No.: 19−13349−TWD
       Debtor(s).                       Chapter: 13

---

**DEFICIENCY NOTICE RE: APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS**

Your Application for Payment of Unclaimed Funds cannot be processed for the following reason(s):

* You did not submit documentation verifying that you resided or conducted business at the original address listed on the trustee's report filed with the Court: PO Box 1242, Seahurst, WA

* A copy of a government−issued photo ID is required from anyone making a claim for funds.

The claimant must submit the information or documents identified above, or submit a written request to extend the deadline, by December 7, 2023. If not received by this date, the Court will deem the application withdrawn and will take no further action on it. The claimant may submit a new application to begin a new review process. Send information, documents or request for an extension of time to: US Bankruptcy Court, Attn: Finance Dept, 700 Stewart St., Room 6301, Seattle, WA 98101.

Dated: November 6, 2023                 Gina Zadra Walton
By: Finance Department                  Clerk of the Bankruptcy Court
206−370−5220 or 206−370−5221